## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

**HAKO-MED USA, INC., et al.,**

   **Plaintiffs,**

vs.                                                       **Case No. 8:06-CV-1790-T-27EAJ**

**AXIOM WORLDWIDE, INC., et al.,**

   **Defendants.**
_____/

### ORDER

   **BEFORE THE COURT** is the Report and Recommendation submitted by the Magistrate

Judge recommending that Defendants' Motion to Dismiss (Dkt. 24) be denied (Dkt. 49).  No party

has filed written objections to the Report and Recommendation, and the time for doing so has

expired.

   After careful consideration of Report and Recommendation in conjunction with an

independent examination of the file, the Court is of the opinion that the Report and Recommendation

should be adopted, confirmed, and approved in all respects.  Accordingly, it is

   **ORDERED AND ADJUDGED** that

   1)   The Report and Recommendation (Dkt. 49) is adopted, confirmed, and approved in

all respects and is made a part of this order for all purposes, including appellate review.

   2)   Defendants' Motion to Dismiss (Dkt. 24) is **DENIED.**

   **DONE AND ORDERED** in chambers on this __19th__ day of December, 2006.


                                             _____
                                             **JAMES D. WHITTEMORE**
                                             **United States District Judge**

Copies to:
Counsel of Record