UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

HAKO-MED USA, INC., et al.,

    Plaintiffs,

vs.                                     Case No.: 8:06-cv-1790-T33-EAJ

AXIOM WORLDWIDE, INC., et al.,

    Defendants.
_____/

## ORDER

Before the Court is Plaintiffs' Motion for Attorney's Fees (Doc. 192) and Defendants' Response (Doc. 194). As the prevailing party on the trademark infringement issue, Plaintiffs ask the Court to award them $148, 611.63 in attorney's fees plus prejudgment interest at a minimum of 5.5% compounded annually from September 25, 2005. Defendants do not deny that Plaintiffs are entitled to attorney's fees and costs; however, Defendants object to the amount of fees and costs requested.

Defendants claim that Plaintiffs are entitled to an award of no more than $50,000.00 for their work on this case. In support of this claim, Defendants raise some substantial issues about the $148,611.63 Plaintiffs are seeking. Defendants allege that Plaintiffs have double billed; incorrectly applied the law regarding fees; failed to clearly delineate between billing for the patent and trademark case; and, submitted inconsistent totals for both the amount of attorney hours and fees sought. To date, Plaintiffs have failed to address these issues.

After conducting a review of the parties' submissions the Court is inclined to agree with

Defendants.  Before issuing an order, the Court will allow Plaintiffs the opportunity to submit a revised motion for fees.  Any revised motion should be tailored to respond to the objections raised and provide detailed information concerning the services provided.

It is therefore,

**ORDERED**, **ADJUDGED** and **DECREED** that:

Plaintiffs' motion (Doc. 192) is **GRANTED** as to entitlement, but **DENIED** as to the amount.  Plaintiffs have up to and including May 10, 2010, to file, if they so choose, a revised motion for fees that addresses each of the objections Defendants raised in their response.  If Plaintiffs fail to file a revised motion, the Court will be inclined to award attorney's fees and costs in an amount not to exceed $50,000.00.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, on this the 28th day of April 2010.

_____
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies to:

All Counsel of Record