UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

HAKO-MED USA, INC., et al.,

      Plaintiffs,

vs.                                                                    Case No.: 8:06-cv-1790-T33-EAJ

AXIOM WORLDWIDE, INC., et al.,

      Defendants.

_____/

## ORDER

Before the Court is Plaintiffs' Revised Memorandum for Award of Attorney's Fees (the "Renewed Fee Motion" Doc. # 202), which was filed on May 3, 2010. Defendants failed to file a response in opposition to the Renewed Fee Motion, and the time for Defendants to do so has expired. After due consideration, the Court will grant the Renewed Fee Motion.

## Analysis

Plaintiffs prevailed against Defendants on trademark infringement claims, and on October 6, 2009, Plaintiffs filed their Motion for Attorney's Fees (the "Initial Fee Motion" Doc. # 192). In the Initial Fee Motion, Plaintiffs requested $148,611.63 in attorney's fees plus prejudgment interest at a minimum of 5.5% compounded annually from September 25, 2005. Defendants filed a Response in Opposition to the Initial Fee Motion on October 26, 2009, arguing that Plaintiffs are entitled to an attorney's fees award of no more than $50,000. (Doc. # 94). On April 28, 2010, the Court entered an Order finding that Plaintiffs are entitled to an award of attorney's fees on the trademark infringement issue, directing Plaintiffs to file a renewed memorandum in support of the attorney's fees sought, and limiting such attorney's fees to $50,000. (Doc. # 200).

In the Motion, Plaintiffs addressed the Court's concerns raised in the April 28, 2010, Order

(Doc. # 200), and Plaintiffs request $42,619.50 plus prejudgment interest at a minimum of 5.5% compounded annually from September 25, 2005.  Defendants did not file a response in opposition to the Renewed Fee Motion, and, therefore, the Court presumes that Defendants consent to the attorney's fees requested therein.  This assumption is bolstered by the fact that the attorney's fees requested are less than the $50,000 figure that Defendants suggested in their response to the Initial Fee Motion.  The Court has conducted an independent analysis of the fees requested in the Renewed Fee Motion, and determines that the requested fees are reasonable under Norman v. Housing Authority of Montgomery, 836 F.2d 1292, 1302 (11th Cir. 1988).

Accordingly, it is

**ORDERED**, **ADJUDGED** and **DECREED** that:

Plaintiffs' Revised Memorandum for Award of Attorney's Fees (Doc. # 202) is **GRANTED**. Plaintiffs are entitled to an award of fees in the amount of $42,619.50 plus prejudgment interest at a rate of 5.5% compounded annually from September 25, 2005.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, on this the 3rd day of June 2010.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies to:

All Counsel of Record