NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

HAKO-MED USA, INC., HAKO-MED GMBH
AND ACHIM HANSJURGENS,
*Plaintiffs-Appellants,*

and

E-MOS CIVIL UNLIMITED CORPORATION FED
REP GERMANY,
*Plaintiff,*

v.

AXIOM WORLDWIDE, INC., JAMES GIBSON, JR.,
and NICHOLAS EXARHOS,
*Defendants.*

---

2010-1421

---

Appeal from the United States District Court for the Middle District of Florida in No. 06-CV-1790, Judge Virginia M. Hernandez Covington.

---

JUDGMENT

---

CRAIG MARC RAPPEL, Rappel Health Law Group, PL, of Vero Beach, Florida, argued for plaintiffs-appellants.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (BRYSON, CLEVENGER, and LINN, *Circuit Judges*).

**AFFIRMED.** *See* Fed. Cir. R. 36.

ENTERED BY ORDER OF THE COURT

February 11, 2011
Date

Jan Horbaly
Clerk

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

FEB 1 1 2011

JAN HORBALY
CLERK

**ISSUED AS A MANDATE:** MAR 2 1 2011

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT
IS A TRUE AND CORRECT COPY
OF THE ORIGINAL ON FILE.

UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT

By: _____ Date: 3/21/11